COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
CEDRIC SEWELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00270-TLN |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | ) ) | |
| CEDRIC SEWELL, | ) ) | |
| Defendant. | ) ) ) ) ) | |

## STIPULATION

This matter is currently set before the court for sentencing on April 30, 2015, at 9:30 a.m. The parties hereby stipulate to vacate that date and reset the sentencing for May 28, 2015, at 9:30 a.m. The parties are requesting the sentencing be continued because defense counsel has been ill and needs additional time to prepare Mr. Sewell's sentencing brief.  The probation officer assigned to the case has been consulted and she is available on the proposed date.

IT IS SO STIPULATED.

DATED: April 27, 2015                              _____/s/_____
                                                                         DUSTIN GORDON
                                                                         Attorney for Defendant CEDRIC SEWELL

1

1
2
3  DATED: April 27, 2015                    _____/s/_____
4                                           OLUSERE OLOWOYEYE
                                            Assistant United States Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00270-TLN |
| Plaintiff, | ) | |
| vs. | ) | |
| CEDRIC SEWELL, | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated above, the Court sets Thursday, May 28, 2015, at the hour of 9:30 a.m. as the date for sentencing.

**IT IS SO ORDERED.**

DATED: April 28, 2015

_____
Troy L. Nunley
United States District Judge