McGREGOR W. SCOTT
United States Attorney
ROBERT ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff/Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff/Respondent,<br><br>v.<br><br>CEDRIC SEWELL,<br><br>  Defendant/Movant. | CASE NO. 2:14-CR-00270-TLN<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On September 17, 2020, Respondent requested an extension of time until September 23, 2020, to file its response or opposition to Defendant Sewell's compassionate release motion.

IT IS HEREBY ORDERED, that Respondent's request until September 23, 2020, to file its response and /or opposition is granted.

Dated: September 18, 2020

_____
Troy L. Nunley
United States District Judge

1