HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Defendant
CEDRIC SEWELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-00270-TLN |
|---|---|
| Plaintiff, | ) ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| CEDRIC SEWELL, | |
| Defendant. | |

On September 25, 2020, counsel for defendant Cedric Sewell filed a request for extension of time until October 28, 2020 to file defendant's reply in support of his motion for compassionate release.

IT IS HEREBY ORDERED, that Defendant's request is GRANTED. Defendant shall file his reply in support of his motion for compassionate release on or before October 28, 2020.

Dated: September 25, 2020

_____
Troy L. Nunley
United States District Judge